UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY WILLIAM BASS,<br>　　　Plaintiff.<br>　v.<br>KILOLO KIJAKAZI,<br>　　　Defendant. | Case No. 21-cv-05505-RMI<br><br>**ORDER FOR SERVICE**<br>Re: Dkt. No. 2 |

Having previously granted Plaintiff's Application to Proceed *In Forma Pauperis* (dkt. 6), the court now directs the Clerk of Court to issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: September 21, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge